FORM o11cnvff
REVISED 11/21/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:21–bk–02088–BKM

LUIS ALBERTO ORDUNO ATONDO        Chapter: 11
aka Luis Alberto Orduno
4739 N 50TH AVE
PHOENIX, AZ 85031
SSAN: xxx–xx–1017
EIN:

ALMA ROSA ORDUNO
aka ALMA ORDUNO
4739 N 50TH AVE
PHOENIX, AZ 85031
SSAN: xxx–xx–9046
EIN:

Debtor(s)

## ORDER TO PAY CHAPTER 11 CONVERSION FILING FEE

The above–captioned Debtor(s) having converted this case from a case under Chapter 7 or Chapter 13 to a case under Chapter 11 and the conversion filing fee specified below being due and owing:

- ☐ $922.00 Conversion from Chapter 7
- ☑ $932.00 Conversion from Chapter 13

**IT IS ORDERED** that the Debtor(s) pay the filing fee due on or before 21 days from the date of this Order.

**FAILURE TO PAY THE FILING FEE AS ORDERED SHALL RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: June 22, 2021                                    BY THE COURT

Address of the Bankruptcy Clerk's Office:        **Honorable Brenda K. Martin**
U.S. Bankruptcy Court, Arizona                     United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

### NOTICE TO CUSTOMERS REGARDING PAYMENT OF FILING FEES

The Court accepts cashier's checks or money orders payable to Clerk, U.S. Bankruptcy Court. Payments must be made in person or by mail at the Phoenix or Tucson Clerk's Office locations. Personal checks <u>cannot</u> be accepted for payment of filing fees.

### NOTICE TO CUSTOMERS PRESENTING CHECKS FOR PAYMENT OTHER THAN FOR FILING FEES
### (In Person or By Mail)

When you provide a check as payment, you authorize us either to use information from your check to make a one–time electronic fund transfer from your account or to process the payment as a check transaction. For inquiries, please call 602–682–4215.

When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution. Upon notification of clearance, the check will be destroyed.

### NOTICE TO CUSTOMERS – PRIVACY ACT

A Privacy Act Statement required by 5 U.S.C. § 552a(e)(3) stating our authority for soliciting and collecting the information from your check, and explaining the purposes and routine uses which will be made of your check information, is available from the Federal Register at:
https://www.federalregister.gov/documents/2003/02/04/03–2521/privacy–act–of–1974–as–amended–system–of–records, or call toll free at 1–866–945–7920 to obtain a copy by mail. Furnishing the check information is voluntary, but a decision not to do so may require you to make payment by some other method.